**John L. TOMBONE, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 04–3201.**

United States Court of Appeals, Federal Circuit.

May 19, 2004.

Steven J. Abelson, Principal Attorney, Donald E. Kinner, David M. Cohen, of Counsel, Washington, DC, for Respondents.

John L. Tombone, of Counsel, Orlando, FL, for Petitioner.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

892

for failure to prosecute in accordance with the rules.

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.